UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,                                        Criminal No. 10-005 JNE/SRN

v.

David West Dixon (02),                **ORDER**

    Defendant.

---

    Jeffrey Paulsen, Esq., United States Attorney's Office, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 for Plaintiff.

    Lyonel Norris, Esq., Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for Defendant.

---

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    Defendant's Motion to Suppress Evidence [Doc. No. 23] is **DENIED**;

    2.    Motion to Suppress Eyewitness Identifications [Doc. No. 24] is **WITHDRAWN**;

    3.    Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 25] is **DENIED**; and

    4.    Defendant's Motion to Suppress Statements, Admissions, and Answers [Doc. No. 26] is **DENIED**.

DATED: 4-15-2010                                s/ Joan N. Ericksen
                                                            Joan N. Ericksen
                                                             United States District Court Judge